499 A.2d 576

**COMMONWEALTH of Pennsylvania**

v.

**Henry FORD and Gary Small, Petitioners.**

Supreme Court of Pennsylvania.

Oct. 7, 1985.

Petitions for Allowance of Appeal GRANTED, Nos. 84 and 85 W.D. Appeal Docket 1985.